## DiSimone Appeal.

Argued May 3, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Murray S. Eckell,* for appellant.

*Donald F. Manchel,* with him *Mervyn Turk, Lawrence Mazer,* and *Manchel & Lundy,* for appellee.

OPINION PER CURIAM, May 7, 1962:
Order affirmed; each party to pay own costs.